USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2020



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 26, 2020

**BY ECF**

The Honorable John Peter Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Martinez et al. v. United States*, 17 Civ. 8492 (JPC)

Dear Judge Cronan:

      I write on behalf of the parties in the above-captioned medical malpractice action to inform the Court that a settlement in principle has been reached, pending finalization of a stipulation and proposed order. While counsel have reached agreement on the text of a stipulation and proposed order of settlement and dismissal, plaintiffs have not yet reviewed and signed the agreement. The parties intend to file an executed stipulation and proposed order of settlement and dismissal in the next thirty days, and propose to file a status letter updating the Court if no stipulation and propose order of settlement and dismissal has been filed by November 23, 2020. The Court had scheduled a conference in this matter on November 4, 2020. Dkt. No. 22. The parties respectfully request that the conference and all deadlines in the case, including the October 28, 2020 deadline to submit a joint letter, *see id.*, be adjourned *sine die*.

      I thank the Court for its consideration of this submission.

Respectfully,
AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Counsel for the United States*
By: /s/ *Steven J. Kochevar*
STEVEN J. KOCHEVAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2715
Fax: (212) 637-2717
Email: steven.kochevar@usdoj.gov

Defendant's request is GRANTED. All deadlines and conferences are adjourned *sine die*. It is hereby ORDERED that the parties shall submit a joint letter of no more than three pages by November 23, 2020 updating the Court on the status of settlement and dismissal.

SO ORDERED.

Date: October 27, 2020
      New York, New York

JOHN P. CRONAN
United States District Judge

cc (by ECF):  *Counsel of Record*